# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>One (1) Toshiba laptop computer, SN PSAGCU-06015 located at Washington State Patrol Evidence System High Tech Crimes Unit, 210 11th Ave. SW, Suite 402, Olympia, WA 98504 | ) ) ) ) ) ) Case No. MJ17-5188 |

FILED LODGED RECEIVED
NOV 16 2017
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                            DEPUTY

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Western_____ District of _____Washington_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, which is attached hereto and incorporated herein by this reference

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Exhibit B, which is attached hereto and incorporated herein by this reference.

**YOU ARE COMMANDED** to execute this warrant on or before _____11/9/17_____ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ~~J. RICHARD CREATURA~~ Any Magistrate Judge JWC
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    10/27/17 10:10 A       _____
                                                                    *Judge's signature*

City and state:    Tacoma, Washington       J. RICHARD CREATURA, U.S. Magistrate Judge
                                                                    *Printed name and title*

USAO #2017R01102

# Return

| Case No.: MJ17-5188 | Date and time warrant executed: 11/6/17 12:42 PM | Copy of warrant and inventory left with: Det. Jason Noahr |
|---|---|---|

Inventory made in the presence of : Det. Jason Noahr

Inventory of the property taken and name of any person(s) seized:

(1) Toshiba laptop, S/N: PSAGCU-056015 contained in a black leather bag

*(signature) 10/17/
(initials)*

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/16/17

_____
Executing officer's signature

Patrick Dospoy, Special Agent
*Printed name and title*

# ATTACHMENT A

The **Subject Device** is a Toshiba laptop computer, Model Number PSAGCU-0601S, Serial Number 98669877Q ("Target Computer"). The **Subject Device** is contained in a black computer bag with a mouse and power cord, and is currently located at the Washington State Patrol Evidence System High Tech Crimes Unit, 210 11th Avenue SW, Suite 402, Olympia, Washington 98504.

This warrant authorizes the forensic examination of the **Subject Device** for the purpose of identifying the electronically stored information described in Attachment B.

As soon as practicable, but in any event no later than within 60 days of seizure (absent further order of the issuing judicial officer), the government must provide the issuing judicial officer with a return containing a sworn certificate that:

(a) certifies precisely what ESI it has obtained;
(b) certifies what ESI it has returned;
(c) certifies it has returned the actual device(s) seized; and
(d) certifies it has destroyed any copy made of the ESI that is outside the scope of the warrant.

## Attachment B

All records on the **Subject Device** described in Attachment A that relate to violations of 18 U.S.C. §§ 245, 844(e), and/or 875(c) and involve Ronald Nelson since April 27, 2016 (approximately one year prior to the alleged offense(s)), including:

1. word processing documents, records, messages (including electronic mail ("email") and text messages), images, or data on "digital devices" (defined below):

    a. collected, produced, or stored, that tend to show motivation and beliefs that give rise to hate crime offenses or threatening behavior and statements;

    b. indicating communications with others via messages, online group chats, social media, websites, that tend to show motivation and beliefs that give rise to hate crime offenses, or threatening behavior and statements;

    c. indicating visits to Internet websites of persons or groups that they believe share their motivation and beliefs that give rise to hate crime offenses, or threatening behavior and statements;

    d. indicating visits to Internet websites of persons or groups who are targets of their motivation and beliefs that give rise to hate crime offenses, or threatening behavior and statements;

    e. identifying or tending to identify other participants in the crimes above;

    f. tending to place in context, identify the creator or recipient of, or establish the time of creation or receipt of electronic information in (a)-(d) above.

2. Evidence of user attribution showing who used or owned the **Subject Device** at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history;

1       As used above, the terms "records" and "information" include all of the
2 foregoing items of evidence in whatever form and by whatever means they may have
3 been created or stored, including any form of computer or electronic storage (such as
4 flash memory or other media that can store data) and any photographic form.